DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. OXENDINE

No. 2 PC.

Case below: 40 N.C. App. 280.

Application by defendant for further review denied 25 September 1979.

STATE v. PARKS

No. 215 PC.

Case below: 41 N.C. App. 514.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 10 September 1979.

STATE v. POE

No. 130 PC.

Case below: 40 N.C. App. 385.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979. Appeal dismissed 25 September 1979.

STATE v. SCHOOL

No. 44 PC.

No. 125 (Fall Term).

Case below: 42 N.C. App. 665.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 25 September 1979.

STATE v. SNEED and STATE v. WEBB

No. 254 PC.

Case below: 42 N.C. App. 258.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 September 1979.